Louis E. Bauer, Respondent, *v.* City of Niagara Falls et al.,
Defendants, and Midland Land Development Company, Inc.,
et al., Appellants.

Argued November 27, 1944; decided December 30, 1944.

*Milton H. Friedman* and *John E. O'Donnell* for appellants.

*Salem G. Mansour* and *Alpheus R. Phelps* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.